UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TANYA MANLEY,

                Plaintiff,

  -against-

HON. ANN E. O'SHEA et al., Family Court       **JUDGMENT**
Brooklyn; BARBRA J. SABOL et al.; Commissioner   12-CV-5230 (RRM)(LB)
of Human Resources Administration,

                Defendants.
----------------------------------------------------------------x

        Pursuant to the order issued today by the undersigned dismissing the complaint, it is,

        **ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any *in forma pauperis* appeal would not be taken in good faith.

                                  *Roslynn R. Mauskopf*

                                  _____
                                  ROSLYNN R. MAUSKOPF
                                  United States District Judge

Dated: Brooklyn, New York
       August 5, 2013