UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TANYA MANLEY,

       Plaintiff,

 -against-

                 **JUDGMENT**

HON. ANN E. O'SHEA et al., Family Court   12-CV-5230 (RRM)(LB)
Brooklyn; BARBRA J. SABOL et al.; Commissioner
of Human Resources Administration,

       Defendants.
------------------------------------------------------------------x

    Pursuant to the order issued today by the undersigned dismissing the complaint, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed.  For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any *in forma pauperis* appeal would not be taken in good faith.

                *Roslynn R. Mauskopf*

                _____
                ROSLYNN R. MAUSKOPF
                United States District Judge

Dated: Brooklyn, New York
    August 5, 2013